IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELISSA BARNETT, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| FINANCIAL RECOVERY SERVICES, INC., | : | |
| | : | |
| Defendant. | : | NO. 10-02627 |

## O R D E R

      **AND NOW, TO WIT:** This 6th day of December, 2010, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.  The Court intends to retain jurisdiction for ninety (90) days from now, and any settlement agreement is approved and made a part of the record and this Order for enforcement purposes.


                                        **MICHAEL E. KUNZ**, Clerk of Court


                                        **BY:**   /s/ Patricia A. Cardella
                                                  Patricia A. Cardella, Deputy Clerk to
                                                    Judge Lawrence F. Stengel


Copies e-mailed to the following counsel on December 6, 2010:

Gregory J. Gorski, Esquire
Mark D. Mailman, Esquire
Andrew M. Schwartz, Esquire
Ronald M. Metcho, Esquire